# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN FLOYD VOSS,
        Appellant,

vs.

THE STATE OF NEVADA,
        Respondent.

No. 75064

FILED

APR 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a presentencing motion to set aside jury verdict. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Appellant filed a motion for a voluntary dismissal of this appeal. Cause appearing, appellant's motion is granted. *See* NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

cc:    Hon. Elliott A. Sattler, District Judge
      Steven Floyd Voss
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk

18-13882